NO. 07-03-0099-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 19, 2003

_____

JAMES GABRIEL RIVERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 12,748-B; HONORABLE JOHN BOARD, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant James Gabriel Rivers filed a Motion to Dismiss Appeal on March 14, 2003, stating that he desires to withdraw his appeal. The Motion to Dismiss is signed by both appellant and his attorney.

Without passing on the merits of the case, we grant appellant's motion for voluntary dismissal and hereby dismiss the appeal. Tex. R. App. P. 42.2. Having dismissed the

appeal at appellant's personal request, we will not entertain a motion for rehearing, and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.